IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-94-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| KIMITHI L. DAVIS, | ) | |
| Defendant. | ) | |

This is before the undersigned on motion of the defendant to extend his prison reporting date. The motion is allowed. The date will be extended until April 20, 2011. All the remaining conditions of the judgment remain in force.

This _1_ day of March, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE