UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-94-B0-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| KIMITHI L. DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the defendant's unopposed motion to extend his

reporting date with the United States Bureau of Prisons. For good cause shown, it is hereby

ORDERED that the date is extended to 20 May 2011. The defendant shall report on 20 May

2011 to the facility designated by the Bureau of Prisons.

This the 1 9 day of April, 2011.

TERRENCE W. BOYLE
United States District Judge