UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-94-B0-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| KIMITHI L. DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the defendant's motion to extend his reporting date with the United States Bureau of Prisons. For good cause shown, it is hereby ORDERED that the date is extended to 3 September 2011. The defendant shall report to a facility to later be designated by the Bureau of Prisons at a date specified in the designation letter, but no earlier than 3 September 2011.

This the 3 day of august 2011.

TERRENCE W. BOYLE
United States District Judge